# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELMORE SHIPP,

       Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                             CASE NO. 5:09CV121

ALLIANCE MUTUAL INSURANCE COMPANY,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2010, Order.

                                      Signed: December 6, 2010

                                      Frank G. Johns, Clerk
                                      United States District Court